# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT M. BRATTON,<br><br>Defendant. | Case No. 1:24-po-00188-SAB-1<br><br>ORDER DENYING MOTION TO APPEAR BY VIDEO FOR JULY 25, 2025 BENCH TRIAL<br><br>(ECF No. 17) |

On July 11, 2025, Defendant Robert M. Bratton moved to appear via video for the July 25, 2025 bench trial in this matter. (ECF No. 17.) Defendant provides that he was diagnosed in December 2024 with cervical radiculopathy—a pinched nerve in his neck—which results in severe physical limitations. Defendant has provided healthcare records in support of his motion.

Upon review of the motion and the record, the Court will deny the request. That said, the Court will remain open to requests for reasonable accommodations at and during the bench trial.

The motion to appear by video for the July 25, 2025 bench trial is DENIED.

IT IS SO ORDERED.

Dated: **July 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge