# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT M. BRATTON,<br><br>　　　　Defendant. | Case No. 1:24-po-00188-SAB-1<br><br>ORDER CONTINUING OCTOBER 9, 2025 VERDICT HEARING<br><br>(ECF No. 29) |

This matter is scheduled for a verdict hearing on October 9, 2025. (ECF No. 29.) On its own motion, the Court hereby continues the verdict hearing to **November 20, 2025, at 11:00 a.m**. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **October 6, 2025**　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge